UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEAN OLDS and CHARLES OLDS, | |
| Plaintiff, | 2:12-cv-357-RCJ-RJJ |
| vs. | |
| WYNN LAS VEGAS, LLC, etc., *et al*., | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiffs' Motion to Extend Discovery Until Such Time as This Court Rules on the Plaintiffs' Motion to Remand This Action Back to the Eighth Judicial Court (#15).

The Court having reviewed the Motion (#15) and the Opposition (#16).

IT IS HEREBY ORDERED that Motion to Extend Discovery Until Such Time as This Court Rules on the Plaintiffs' Motion to Remand This Action Back to the Eighth Judicial Court (#15) is **DENIED.**

IT IS FURTHER ORDERED that the parties shall file a joint proposed discovery plan and scheduling order on or before May 15, 2012.

DATED this   8th   day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge