UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JEAN OLDS and CHARLES OLDS, | ) | |
| Plaintiff, | ) | 2:12-cv–0357-RCJ-RJJ |
| vs. | ) | |
| WYNN LAS VEGAS, LLC , etc., *et al*., | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Reports on August 8, 2012, and September 20, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __17th__ day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge